# Steven Helfand Plaintiff vs. Block, Inc. Defendant

**Broward County Case Number:** CACE25016457
**State Reporting Number:** 062025CA016457AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 10/28/2025
**Court Location:** Central Courthouse
**Case Status:** Active
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Olefson, Shari Africk

## Party(ies)  Total: 2

| Party Type | Party Name | Address | Attorneys / Address  ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Block, Inc.**  *Doing Business As*  **Cash App** | | ★ Solano, Sara L.  Retained  Bar ID: 117966  Burr and Forman LLP  200 E Broward Blvd Ste 1020  Fort Lauderdale, FL 33301-2071  **Status: Active** |
| Plaintiff | **Helfand, Steven** | | ★ Pro Se  Retained  **Status: Active** |

## Disposition(s)  Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View / Pages |
|---|---|---|

## — Event(s) & Document(s)

Total: 9

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 11/19/2025 | **Notice of Appearance** | BLOCK, INC. | /3 |
| 11/06/2025 | **Uniform Case Management Order - General** | | /11 |
| 11/06/2025 | **Order** | TO SERVE DEFENDANT(S | /2 |
| 11/05/2025 | **eSummons Issuance (No Fee)** | | /1 |
| 10/28/2025 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 10/28/2025 | **Civil Cover Sheet** | Amount: $100,001.00 | /3 |
| 10/28/2025 | **Complaint (eFiled)** | FOR DAMAGES AND INJUNCTIVE RELIEF | /11 |
| 10/28/2025 | **Civil Application Indigent Status** | Indigent | /1 |
| 10/28/2025 | **Determination of Indigent Status - Indigent** | Party: *Plaintiff* Helfand, Steven | |

## — Hearing(s)

Total: 0

**There is no Hearing information available for this case.**

## — Related Case(s)

Total: 0

**There is no related case information available for this case.**