UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-62499-CIV-SMITH

STEVEN HELFAND,

    Plaintiff,

v.

BLOCK, INC.,

    Defendant.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Parties' Joint Notice of Settlement [DE 9] indicating the Parties have reached a settlement. Upon consideration, it is hereby

**ORDERED** that:

1. The Plaintiff shall file a Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 by **January 23, 2026**.

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 29th day of December, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record